```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 1:05-CR-00025(11) |
| v.    : | |
| : | **OPINION AND ORDER** |
| AYED ALHASASNEH : | |

On April 21, 2005, Defendant Ayed Alhasasneh ("Alhasasneh") was charged in a superseding indictment with fraud in connection with identification documents, a violation of 18 U.S.C. §§ 1028(a)(1) and (b)(1) (doc. 159). On May 5, 2005, Alhasasneh filed a Motion for a Bill of Particulars (doc. 177), followed by the filing of a Motion to Dismiss (doc. 187) on May 16. Shortly thereafter, however, Defendant counsel filed a Motion to Withdraw, and the Court granted this motion on June 16, 2005. The Court appointed Alhasasneh CJA counsel and, shortly after new counsel's appearance, he elected to enter a plea of guilty to Count 3 of the superseding indictment. His decision to do so renders these pending motions moot.

Accordingly, Alhasasneh's Motion for Bill of Particulars (doc. 177) and Motion to Dismiss (doc. 187) are DENIED AS MOOT.

SO ORDERED.

Dated: August 12, 2005        /s/ S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge